j

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| | * | |
| **v.** | * | |
| | * | |
| **DSD SHIPPING, A.S.,** | * | **1:15-CR-00102-CG** |
| **DANIEL PAUL DANCU,** | * | |
| **BO GAO,** | * | |
| **XIAOBING CHEN, and** | * | |
| **XIN ZHONG** | * | |
| | * | |

**GOVERNMENT'S
<u>MOTION TO DOCUMENT PASSPORT STATUS WITHOUT OBJECTION</u>**

COMES NOW the United States of America, by and through Kenyen R. Brown, the United States Attorney for the Southern District of Alabama, and files this motion to document passport status without objection.

Earlier today this court was contacted by a ship agent supporting the crew members of the M/T Stavanger Blossom.  The ship agent was contacted by a local officer with United States Customs and Border Protection (CBP) requesting crewmember passports to process the extension of the crewmembers significant public benefit parole.

On July 2, 2015, U.S. Immigration and Customs Enforcement extended parole of all crewmembers related to this case.  CBP now needs to process the crew member's passports.  The ship agent currently maintains six of the crew members' passports.  The passports for the four indicted crew members are being maintained by the clerk of the court.

The United States is respectfully requesting that these four passports be made available to a CBP officer so they may be processed.  The CBP officer would retrieve the passports upon

arrangement from the clerk of the court and return the passports to the clerk of the court upon completion of processing.  CBP indicated the processing would be completed in less than a day, more closely, in just a couple of hours.  CBP will also need to make arrangements to obtain the passports for the remaining crewmembers with the ship agent.

I have discussed this administrative matter with the attorneys for the defendants.  They have no objection to this request to obtain the passports from the clerk's office for a short period of time to process the extension of the parole status for these crew members.

## CONCLUSION

WHEREFORE the United States respectfully request CBP be granted access to the passports being maintained by the clerk of the court in the above matter.  CBP will make arrangements to obtain the passports from the clerk's office and will return the passports to the clerk's office when the passports have been processed. CBP will also make arrangements with the ship agent to process the remaining passports in the possession of the ship agent.

Dated at Mobile, Alabama this 10th day of September, 2015.

Respectfully submitted,

KENYEN R. BROWN
UNITED STATES ATTORNEY

*/s/ Michael D. Anderson*
MICHAEL D. ANDERSON
Assistant United States Attorney